UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| EDWARD JOHN SHAIDA, ) | Case No. SACV 06-00261-MMM(AJW) |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| M.E. POULOS, Warden, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: January 20, 2009

_____
Margaret M. Morrow
United States District Judge